435 A.2d 661

Commonwealth v. Scheidler, Appellant.

 Argued December

1, 1980. Melvyn S. Mantz, for appellant; Michael G. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.